1
2
3
4
5
6
7
8

**16**
**Timothy C. Springer, Esq**. #207229
Nancy D. Klepac, Esq. 253896
LAW OFFICES OF TIMOTHY C. SPRINGER
4905 N. West, Suite 102
Fresno, CA  93705
Telephone: (559) 225-3622
Facsimile:  (559) 225-3459

Attorney for Debtor(s),
KUMLDEEP SIDHU

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| KUMLDEEP SIDHU<br><br>            Debtor<br>_____<br><br>KUMLDEEP SIDHU<br><br>            Debtor/Plaintiff<br><br>            v.<br><br>RIVER CITY FINANCIAL, LLC;<br><br>CALIFORNIA EMPLOYMENT<br>DEVELOPMENT DEPARTMENT<br><br>Creditor(s) and Defendant(s) | Case No.  13-11830-B-7<br><br>Adv. Pro. No.: 13-01030-B<br><br><br>**SECOND AMENDED**<br>**COMPLAINT TO SET ASIDE**<br>**PREFERENCE** |

(Notice of amendment:  When requesting a default be entered on the First Amended Complaint, the Court had concerns that the damages were not adequately set out as to each defendant separately.  This Second Amended Complaint sets out the amounts paid by the Fresno County Sheriff to each Defendant, and that the Debtor/Plaintiff is seeking to recover.)

  1)    A case was commenced by Debtor/Plaintiff KUMLDEEP SIDHU by filing a voluntary petition under Chapter 7 of the Bankruptcy Code on March 18, 2013, Case No. 13-11830-B-7.

2) This Complaint is filed, pursuant to 11 U.S.C. §522(h), to set aside transfers of the Debtor's exempt property to Defendant(s), RIVER CITY FINANCIAL, LLC, (Hereafter "RCF")and the CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT, (Hereafter "EDD").

3) This Court has jurisdiction under 18 U.S.C. §1334 and 11 U.S.C 106(a)(1). This is a core proceeding.

4) On dates less than ninety days prior to the commencement of this case, Creditor/Defendant(s), caused to be attached from Debtor's wages an amount totaling $1669.22.

5) The aggregate *pre-Petition* amounts taken are evidenced by Debtor/Plaintiff's pay stubs, and were:

| Date | Amount | Exhibit |
|---|---|---|
| December 20, 2012 | $238.46 | EXHIBIT A |
| January 3, 2013 | $238.46 | EXHIBIT B |
| January 17, 2013 | $238.46 | EXHIBIT C |
| January 31, 2013 | $238.46 | EXHIBIT D |
| February 14, 2013 | $238.46 | EXHIBIT E |
| February 28, 2013 | $238.46 | EXHIBIT F |
| March 14, 2013 | $238.46 | EXHIBIT G |
| **Total:** | **$1669.22** | |

6) This seizure was for payment of antecedent debts to Defendant(s).

7) The Debtor exempted the funds taken in this case had they been recovered by the trustee as a preference under 11 U.S.C §547.

8) The Trustee has not attempted to avoid this transfer.

9) The transfer to the Defendant(s) on account of the antecedent debt to it, while debtor was insolvent, enabled Defendant(s) to receive more than it would have received if the transfer had not been made, because the Defendant(s) would have received no dividend in the Debtor's Bankruptcy case.

10) After receiving the amounts above, the Fresno County Sheriff would apparently separate the payments to the individual Defendants accounts, and then pay out those amounts to Defendants.

11) Attached as EXHIBIT H is a Fresno County "Query Report" which details the amounts sent Defendant "RCF".

| Date | Amount |
|---|---|
| January 17, 2013 | $200.00 |
| February 7, 2013 | $200.00 |
| February 26, 2013 | $200.00 |
| Total to "RCF" | $600.00 |

12) Attached as EXHIBIT I is a Fresno County "Query Report" which details the amounts sent Defendant "EDD".

| Date | Amount |
|---|---|
| January 17, 2013 | $276.92 |
| February 7, 2013 | $276.92 |
| March 5, 2013 | $276.92 |
| Total to "RCF" | $830.76 |

13) Wherefore, the Debtor/Plaintiff prays for judgment against the Defendant(s):

    (a) Ordering Defendant "RCF" to return the $600.00 obtained by Defendant(s) as described above.

(b) Ordering Defendant "EDD" to return the $830.76 obtained by Defendant(s) as described above.

(c) Attorney's Fees and Costs.

(d) Such other and further relief as is just and proper.

Date: July 9, 2013                The Law Offices of Timothy C. Springer

/S/ Timothy C Springer
_____
By: Timothy C Springer

Attorneys for Debtor / Plaintiff

**COMPLAINT TO SET ASIDE PREFERENCE**



**COMMUNITY MEDICAL CENTERS**
Community Medical Centers
P.O. Box 1232
Fresno, CA 93715

Date: 12/20/2012
Advice No. 02704827

Deposit Amount: $1,770.75
To the Accounts of:

Kumldeep K. Sidhu
1841 N Dupree ln
Clovis, CA 93619

02704827

**DIRECT DEPOSIT DISTRIBUTION**

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| C | 40042676672 | 1770.75 |
| Total: | | 1770.75 |

**NON-NEGOTIABLE**

---

Community Medical Centers
P.O. Box 1232
Fresno, CA 93715

Pay Begin Date: 12/02/2012
Pay Ending Date: 12/15/2012
Advice #: 02704827

Facility: Community Medical Centers
Department: 86500
Advice Date: 12/20/2012

Kumldeep K. Sidhu
1841 N Dupree ln
Clovis, CA 93619

Employee ID: 924
Employee Status: Active Full Time
Base Pay Rate: 29.18

| TAX DATA: | Federal | State |
|---|---|---|
| Marital St: | single | single |
| Allowances | 00012 | 00012 |
| Addl Amt | .00 | .00 |

**HOURS AND EARNINGS**

| Description | Shift | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|---|
| Regular | Days | 29.1800 | 80.00 | 2334.40 | 1774.50 | 45787.05 |
| Miles | | .5550 | 88.60 | 49.17 | 1884.60 | 1045.96 |
| Non Cash Award | | | | 25.00 | | 25.00 |
| Group Term Life | | | | 2.64 | | 35.55 |
| Vacation | | | | | 172.93 | 4569.50 |
| Retroactive Pay | Days | | | | | 1170.54 |
| Bonus | Days | | | | | 700.00 |
| Short Notice Absence | | | | | 22.00 | 524.48 |
| Sick Family Member | | | | | 8.00 | 210.40 |
| Overtime | Days | | | | 5.75 | 200.75 |
| Sick | | | | | 8.00 | 190.72 |
| Overtime | Nights | | | | 1.75 | 71.25 |
| Regular | W/End Dys | | | | 2.50 | 60.30 |
| Regular | Nights | | | | .75 | 19.38 |
| Called off PTO | | | | | .73 | 16.67 |
| Admin Zero Time | | | | | 27.77 | |

| Total | | | 168.60 | 2411.21 | 3909.28 | 94627.55 |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| FIT W/H | 46.68 | 659.25 |
| SOC SEC | 94.90 | 2138.25 |
| Medicare | 32.76 | 738.20 |
| SDI W/H | 22.32 | 508.50 |
| SIT W/H | 65.00 | 966.05 |
| Total | 261.66 | 5010.25 |

**PRETAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| PPO Den | 15.64 | 406.64 |
| ValuaPPO | 87.09 | 2264.34 |
| Total | 102.73 | 2670.98 |

**AFTER TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Ch Life | .42 | 10.92 |
| Emp Life | 2.85 | 74.10 |
| Sp Life | 1.85 | 48.10 |
| GARNISH | 238.46 | 6621.48 |
| MealCCMC | 4.85 | 4.85 |
| MealFRSH | | 700.84 |
| Total | 248.43 | 7460.29 |

| | Current | Year-to-Date |
|---|---|---|
| Total Gross | 2362.04 | 53581.59 |
| Taxable Gross | 2259.31 | 50910.61 |
| Total Taxes | 261.66 | 5010.25 |
| Total Deductions | 351.16 | 10131.27 |
| Net Pay | 1770.75 | 39425.48 |

Vacation Balance: 15.30 Hours



**EXHIBIT A**



**Community Medical Centers**
P. O. Box 1232
Fresno, CA 93715

Date: 01/03/2013
Advice No. 02710947

Deposit Amount: $1,734.32
To the Accounts of:

Kumldeep K. Sidhu
1841 N Dupree ln
Clovis, CA 93619

02710947

**DIRECT DEPOSIT DISTRIBUTION**

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| C | 40042676672 | 1734.32 |
| | Total: | 1734.32 |

**NON-NEGOTIABLE**

---

Community Medical Centers
P. O. Box 1232
Fresno, CA 93715

Pay Begin Date: 12/16/2012
Pay Ending Date: 12/29/2012
Advice #: 02710947

Facility: Community Medical Centers
Department: 86500
Advice Date: 01/03/2013

Kumldeep K. Sidhu
1841 N Dupree ln
Clovis, CA 93619

Employee ID: 924
Employee Status: Active Full Time
Base Pay Rate: 29.18

TAX DATA:
| | Federal | State |
|---|---|---|
| Marital St | Single | Single |
| Allowances | 00012 | 00012 |
| Add Amt | .00 | .00 |

**HOURS AND EARNINGS**

| Description | Shift | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|---|
| Regular | Days | 29.1800 | 72.00 | 2100.96 | 72.00 | 2100.96 |
| Vacation | | 29.1800 | 8.00 | 233.44 | 8.00 | 233.44 |
| Miles | | .5650 | 63.00 | 35.60 | 63.00 | 35.60 |
| Group Term Life | | | | 2.64 | | 2.64 |
| Total | | | 143.00 | 2372.64 | 143.00 | 2372.64 |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| FIT W/H | 44.51 | 44.51 |
| SOC SEC | 139.18 | 139.18 |
| Medicare | 32.55 | 32.55 |
| SDI W/H | 22.42 | 22.42 |
| SIT W/H | 60.33 | 60.33 |
| Total | 298.99 | 298.99 |

**PRE-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| PPO Den | 15.64 | 15.64 |
| ValuePPO | 76.57 | 76.57 |
| Total | 92.21 | 92.21 |

**AFTER-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Ch Life | .42 | .42 |
| Emp Life | 3.75 | 3.75 |
| Sp Life | 1.85 | 1.85 |
| GARNISH | 238.46 | 238.46 |
| Total | 244.48 | 244.48 |

| | Current | Year-to-Date |
|---|---|---|
| Total Gross | 2337.04 | 2337.04 |
| Taxable Gross | 2244.83 | 2244.83 |
| Total Taxes | 298.99 | 298.99 |
| Total Deductions | 336.69 | 336.69 |
| Net Pay | 1734.32 | 1734.32 |

Vacation Balance: 14.90 Hours

**EXHIBIT B**



http://fsbay-544/ebocks/Print.aspx?hash=a6a154a847aaad5158f11c8a64146100    2/12/2013



| Community Medical Centers | Pay Begin Date: 12/30/2012 | Facility: Community Medical Centers |
| P. O. Box 1232 | Pay Ending Date: 01/12/2013 | Department: 86500 |
| Fresno, CA 93715 | Advice #: 02717079 | Advice Date: 01/17/2013 |

| | | | | | | TAX DATA: | Federal | State |
|---|---|---|---|---|---|---|---|---|
| Kumldeep K. Sidhu | Employee ID: 924 | | | | | Marital St: | Single | Single |
| 1841 N Dupree ln | Employee Status: Active Full Time | | | | | Allowances | 00012 | 00012 |
| Clovis, CA 93619 | Base Pay Rate: 29.18 | | | | | Add'l Amt | .00 | .00 |

HOURS AND EARNINGS / TAXES

| | | Current | | | YTD | | | |
|---|---|---|---|---|---|---|---|---|
| Description | Shift | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Regular | Days | 29.1800 | 72.00 | 2100.96 | 144.00 | 4201.92 | FIT W/H | 36.87 | 81.38 |
| Vacation | | 29.1800 | 8.00 | 233.44 | 16.00 | 466.88 | SOC SEC | 139.18 | 278.36 |
| Miles | | .5650 | 147.23 | 83.18 | 210.23 | 118.78 | Medicare | 32.55 | 65.10 |
| Group Term Life | | | | 2.64 | | 5.28 | SDI W/H | 22.42 | 44.84 |
| | | | | | | | SIT W/H | 60.33 | 120.66 |
| | | | | | | Total | 291.35 | 590.34 |

PRE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| PPO Den | 15.64 | 31.28 |
| ValuePPO | 76.57 | 153.14 |
| Total | 92.21 | 184.42 |

AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Ch Life | .42 | .84 |
| Emp Life | 3.75 | 7.50 |
| Sp Life | 1.85 | 3.70 |
| GARNISH | 238.46 | 476.92 |

| Total | | | 227.23 | 2420.22 | 370.23 | 4792.86 |

| | Current | Year-to-Date |
|---|---|---|
| Total Gross | 2337.04 | 4674.08 |
| Taxable Gross | 2244.83 | 4489.66 |
| Total Taxes | 291.35 | 590.34 |
| Total Deductions | 336.69 | 673.38 |
| Net Pay | 1789.54 | 3523.86 |

Vacation Balance
14.60 Hours

| Total | 244.48 | 488.96 |

# EXHIBIT C



| Community Medical Centers<br>P. O. Box 1232<br>Fresno, CA 93715 | | Pay Begin Date: 01/13/2013<br>Pay Ending Date: 01/26/2013<br>Advice #: 02723257 | | | | Facility: Community Medical Centers<br>Department: 86500<br>Advice Date: 01/31/2013 | | |
|---|---|---|---|---|---|---|---|---|
| Kumldeep K. Sidhu<br>1841 N Dupree ln<br>Clovis, CA 93619 | | Employee ID: 924<br>Employee Status: Active Full Time<br>Base Pay Rate: 29.18 | | | | TAX DATA: Federal State<br>Marital St: Single Single<br>Allowances: 00012 00012<br>Add'l Amt: .00 .00 | | |
| **HOURS AND EARNINGS** | | | | | | **TAXES** | | |
| | | Current | | YTD | | | | |
| Description | Shift | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Regular | Days | 29.1800 | 72.00 | 2100.96 | 216.00 | 6302.88 | FIT W/H | 36.87 | 118.25 |
| Vacation | | 29.1800 | 8.00 | 233.44 | 24.00 | 700.32 | SOC SEC | 139.18 | 417.54 |
| Miles | | .5650 | 364.00 | 205.66 | 574.23 | 324.44 | Medicare | 32.55 | 97.65 |
| Group Term Life | | | | 2.64 | | 7.92 | SDI W/H | 22.43 | 67.27 |
| | | | | | | | SIT W/H | 60.33 | 180.99 |
| | | | | | | | Total | 291.36 | 881.70 |
| | | | | | | | **PRE TAX DEDUCTIONS** | | |
| | | | | | | | Description | Current | YTD |
| | | | | | | | PPO Den | 15.64 | 46.92 |
| | | | | | | | ValuePPO | 76.57 | 229.71 |
| | | | | | | | Total | 92.21 | 276.63 |
| | | | | | | | **AFTER TAX DEDUCTIONS** | | |
| | | | | | | | Description | Current | YTD |
| | | | | | | | Ch Life | .42 | 1.26 |
| | | | | | | | Emp Life | 3.75 | 11.25 |
| | | | | | | | Sp Life | 1.85 | 5.55 |
| | | | | | | | GARNISH | 238.46 | 715.38 |
| Total | | | 444.00 | 2542.70 | 814.23 | 7335.56 | | | |

| | Current | Year-to-Date | Vacation Balance |
|---|---|---|---|
| Total Gross | 2337.04 | 7011.12 | |
| Taxable Gross | 2244.83 | 6734.49 | 14.30 Hours |
| Total Taxes | 291.36 | 881.70 | |
| Total Deductions | 336.69 | 1010.07 | |
| Net Pay | 1912.01 | 5435.87 | Total 244.48 733.44 |



EXHIBIT D



| Community Medical Centers | | | | Date: 02/14/2013 | | Advice No. 02729443 |
| --- | --- | --- | --- | --- | --- | --- |
| P. O. Box 1232 | | | | | | |
| Fresno, CA 93715 | | | | | | |

Deposit Amount: $1,749.3
To the Accounts of:

**DIRECT DEPOSIT DISTRIBUTION**

| Account Type | Account Number | Deposit Amount |
| --- | --- | --- |
| C | 40042676672 | 1749.30 |
| Total: | | 1749.30 |

Kumldeep K. Sidhu            02729443
1841 N Dupree ln

Clovis, CA 93619

## NON-NEGOTIABLE

| Community Medical Centers | | | Pay Begin Date: 01/27/2013 | | | Facility: Community Medical Centers | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| P. O. Box 1232 | | | Pay Ending Date: 02/09/2013 | | | Department: 86500 | | |
| Fresno, CA 93715 | | | Advice #: 02729443 | | | Advice Date: 02/14/2013 | | |
| Kumldeep K. Sidhu | | | Employee ID: 924 | | | **TAX DATA:** | Federal | State |
| 1841 N Dupree ln | | | Employee Status: Active Full Time | | | Marital St: | Single | Single |
| | | | | | | Allowances | 00012 | 00012 |
| Clovis, CA 93619 | | | Base Pay Rate: 29.18 | | | Addl Amt | .00 | .00 |

**HOURS AND EARNINGS** / **TAXES**

| | | Current | | | YTD | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Description | Shift | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Regular | Days | 29.1800 | 80.00 | 2334.40 | 296.00 | 8637.28 | FIT W/H | 36.87 | 155.12 |
| Miles | | .5650 | 76.00 | 42.94 | 650.23 | 367.38 | SOC SEC | 139.18 | 556.72 |
| Group Term Life | | | | 2.64 | | 10.56 | Medicare | 32.55 | 130.20 |
| Vacation | | | | | 24.00 | 700.32 | SDI W/H | 22.42 | 89.69 |
| | | | | | | | SIT W/H | 60.33 | 241.32 |
| | | | | | | | **Total** | 291.35 | 1173.05 |

**BEFORE-TAX DEDUCTIONS**

| Description | Current | YTD |
| --- | --- | --- |
| PPO Den | 15.64 | 62.56 |
| ValuePPO | 76.57 | 306.28 |
| **Total** | 92.21 | 368.84 |

**AFTER-TAX DEDUCTIONS**

| Description | Current | YTD |
| --- | --- | --- |
| Ch Life | .42 | 1.68 |
| Emp Life | 3.75 | 15.00 |
| Sp Life | 1.85 | 7.40 |
| GARNISH | 238.46 | 953.84 |

| Total | | | 156.00 | 2379.98 | 970.23 | 9715.54 | | | |

| | Current | Year-to-Date | | Vacation Balance | | |
| --- | --- | --- | --- | --- | --- | --- |
| Total Gross | 2337.04 | 9348.16 | | 22.00 Hours | | |
| Taxable Gross | 2244.83 | 8979.32 | | | | |
| Total Taxes | 291.35 | 1173.05 | | | Total | 244.48 | 977.92 |
| Total Deductions | 336.69 | 1346.76 | | | | |
| Net Pay | 1749.30 | 7185.17 | | | | |

## EXHIBIT E





| Community Medical Centers | | | | Date | Advice No. |
|---|---|---|---|---|---|
| P. O. Box 1232 | | | | 02/28/2013 | 02735674 |
| Fresno, CA 93715 | | | | | |

Deposit Amount: $1,742.12
To the Accounts of:

**DIRECT DEPOSIT DISTRIBUTION**

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| C | 40042676672 | 1742.12 |
| | Total: | 1742.12 |

Kumldeep K. Sidhu    02735674
1841 N Dupree ln
Clovis, CA 93619

## NON-NEGOTIABLE

| Community Medical Centers | Pay Begin Date: 02/10/2013 | Facility: Community Medical Centers |
|---|---|---|
| P. O. Box 1232 | Pay Ending Date: 02/23/2013 | Department: 86500 |
| Fresno, CA 93715 | Advice #: 02735674 | Advice Date: 02/28/2013 |

| Kumldeep K. Sidhu | Employee ID: 924 | TAX DATA: | Federal | State |
|---|---|---|---|---|
| 1841 N Dupree ln | Employee Status: Active Full Time | Marital St: | Single | Single |
| | | Allowances | 00012 | 00012 |
| Clovis, CA 93619 | Base Pay Rate: 29.18 | Addl Amt | .00 | .00 |

**HOURS AND EARNINGS**

| | | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Shift | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Regular | Days | 29.1800 | 72.00 | 2100.96 | 368.00 | 10738.24 | FIT W/H | 36.87 | 191.99 |
| Vacation | | 29.1800 | 8.00 | 233.44 | 32.00 | 933.76 | SOC SEC | 139.18 | 695.90 |
| Miles | | .5650 | 63.30 | 35.76 | 713.53 | 403.14 | Medicare | 32.55 | 162.75 |
| Group Term Life | | | | 2.64 | | 13.20 | SDI W/H | 22.42 | 112.11 |
| | | | | | | | SIT W/H | 60.33 | 301.65 |
| | | | | | | | Total | 291.35 | 1464.40 |

**BEFORE TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| PPO Den | 15.64 | 78.20 |
| ValuePPO | 76.57 | 382.85 |
| Total | 92.21 | 461.05 |

**AFTER TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Ch Life | .42 | 2.10 |
| Emp Life | 3.75 | 18.75 |
| Sp Life | 1.85 | 9.25 |
| GARNISH | 238.46 | 1192.30 |
| Total | 244.48 | 1222.40 |

| Total | | 143.30 | 2372.80 | 1113.53 | 12088.34 |
|---|---|---|---|---|---|

| | Current | Year-to-Date |
|---|---|---|
| Total Gross | 2337.04 | 11685.20 |
| Taxable Gross | 2244.83 | 11224.15 |
| Total Taxes | 291.35 | 1464.40 |
| Total Deductions | 336.69 | 1683.45 |
| Net Pay | 1742.12 | 8927.29 |

Vacation Balance
21.70 Hours

## EXHIBIT F





| Community Medical Centers | | Pay Begin Date: 02/24/2013 | Facility: Community Medical Centers |
| P. O. Box 1232 | | Pay Ending Date: 03/09/2013 | Department: 86500 |
| Fresno, CA 93715 | | Advice #: 02741913 | Advice Date: 03/14/2013 |

| | | | | TAX DATA: | Federal | State |
| Kuldeep K. Sidhu | Employee ID: 924 | | | Marital St: | Single | Single |
| 1841 N Dupree Ln | Employee Status: Active Full Time | | | Allowances | 00012 | 00012 |
| Clovis, CA 93619 | Base Pay Rate: 29.18 | | | Addl Amt | .00 | .00 |

HOURS AND EARNINGS — TAXES

| | | Current | | YTD | | | | |
| Description | Shift | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
|---|---|---|---|---|---|---|---|---|---|
| Regular | Days | 29.1800 | 72.00 | 2100.96 | 440.00 | 12839.20 | FIT W/H | 36.87 | 228.86 |
| Sick Family Member | | 29.1800 | 8.00 | 233.44 | 8.00 | 233.44 | SOC SEC | 139.18 | 835.06 |
| Miles | | .5650 | 89.70 | 50.68 | 803.23 | 453.82 | Medicare | 32.55 | 195.30 |
| Group Term Life | | | | 2.64 | | 15.84 | SDI W/H | 22.42 | 134.53 |
| Vacation | | | | | 32.00 | 933.76 | SIT W/H | 60.33 | 361.98 |
| | | | | | | | Total | 291.35 | 1755.75 |

PRE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| PPO Den | 15.64 | 93.84 |
| ValuePPO | 76.57 | 459.42 |
| Total | 92.21 | 553.26 |

AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Ch Life | .42 | 2.52 |
| Emp Life | 3.75 | 22.50 |
| Sp Life | 1.85 | 11.10 |
| GARNISH | 238.46 | 1430.76 |
| MealCCMC | 6.04 | 6.04 |
| Total | 250.52 | 1472.92 |

| Total | | | 169.70 | 2387.72 | 1283.23 | 14476.06 |

| | Current | Year-to-Date |
|---|---|---|
| Total Gross | 2337.04 | 14022.24 |
| Taxable Gross | 2244.83 | 13468.98 |
| Total Taxes | 291.35 | 1755.75 |
| Total Deductions | 342.73 | 2026.18 |
| Net Pay | 1751.00 | 10678.29 |

Vacation Balance: 29.40 Hours

# EXHIBIT G



RECEIVED 03/19/2013 18:47          559-225-3459    LAW OFC TIM SPRINGER
559486                             FRESNO SO CIVIL              PAGE 11/17

03/19/2013 18:45



**Fresno County Sheriff's Office**
**Margaret Mims**
**Sheriff**

Fresno County Sheriff-Civil Unit

2200 Fresno St.
P.O. Box 1788

Fresno, CA 93717

(559) 600-8230
Fax: (559) 488-3377

California Relay Service Number
(800) 735-2929 TDD or 711

# Civil Administration System
## Query Report

### 2011011249
### River City Financial LLC
### vs
### Kumldeep Sidhu et al

**Court Information**

Fresno County Superior Court-Sisk Building
1130 O Street

Fresno, CA 93724

03CECL07704

**Requestor's Reference #**
838131

File Created on: 11/01/2011 15:40 PM
File Queried on: 03/19/2013 06:40 PM

---

3/19/2013 6:40 PM
Version: 3.00

 (c) 2008, Sirron Software Corporation

**EXHIBIT** H-1 

| Trxn Date | Transaction Type | Check # | Comment | Amount | Judgment Balance | Cost Balance | Interest Balance | Interest This Period | Days of Interest |
|---|---|---|---|---|---|---|---|---|---|
| 10/11/2012 | Wage Garnishment | 402150 | Paid by: Community Medical Centers FBO: Kumldeep Sidhu for 1 PP | ($100.00) | $11,430.08 | $283.00 | $6,870.66 | $28.08 | 9 |
| 10/25/2012 | Wage Garnishment | 403169 | Paid by: Community Medical Centers FBO: Kumldeep Sidhu for 1 PP | ($100.00) | $11,430.08 | $283.00 | $6,814.35 | $43.69 | 14 |
| 11/6/2012 | Trfr to Creditor Account | 0423854 | Nelson & Kennard | $100.00 | $11,430.08 | $283.00 | $6,814.35 | | |
| 11/6/2012 | Debtor Assessment Fee | 0423854 | Nelson & Kennard | $12.00 | $11,430.08 | $295.00 | $6,814.35 | | |
| 11/8/2012 | Wage Garnishment | 404465 | Paid by: Community Medical Centers FBO: Kumldeep Sidhu for 1 PP | ($100.00) | $11,430.08 | $295.00 | $6,758.04 | $43.69 | 14 |
| 11/21/2012 | Wage Garnishment | 405903 | Paid by: Community Medical Centers FBO: Kumldeep Sidhu for 1 PP | ($100.00) | $11,430.08 | $295.00 | $6,698.61 | $40.57 | 13 |
| 12/6/2012 | Trfr to Creditor Account | 0425426 | Nelson & Kennard | $300.00 | $11,430.08 | $295.00 | $6,698.61 | | |
| 12/6/2012 | Debtor Assessment Fee | 0425426 | Nelson & Kennard | $12.00 | $11,430.08 | $307.00 | $6,698.61 | | |
| 12/7/2012 | Wage Garnishment | 406998 | Paid by: Community Medical Centers FBO: Kumldeep Sidhu for 1 PP | ($100.00) | $11,430.08 | $307.00 | $6,648.54 | $49.93 | 16 |
| 12/20/2012 | Wage Garnishment | 407849 | Paid by: Community Medical Centers FBO: Kumldeep Sidhu for 1 PP | ($100.00) | $11,430.08 | $307.00 | $6,589.11 | $40.57 | 13 |
| 1/3/2013 | Wage Garnishment | 408720 | Paid by: Community Medical Centers FBO: Kumldeep Sidhu for 1 PP | ($100.00) | $11,430.08 | $307.00 | $6,532.80 | $43.69 | 14 |
| 1/16/2013 | Wage Garnishment | 409672 | Paid by: Community Medical Centers FBO: Kumldeep Sidhu for 1 PP | ($100.00) | $11,430.08 | $307.00 | $6,473.37 | $40.57 | 13 |
| 1/17/2013 | Trfr to Creditor Account | 0427392 | Nelson & Kennard | $200.00 | $11,430.08 | $307.00 | $6,473.37 | | |
| 1/17/2013 | Debtor Assessment Fee | 0427392 | Nelson & Kennard | $12.00 | $11,430.08 | $319.00 | $6,473.37 | | |
| 1/31/2013 | Wage Garnishment | 410717 | Paid by: Community Medical Centers FBO: Kumldeep Sidhu for 1 PP | ($100.00) | $11,430.08 | $319.00 | $6,420.18 | $46.81 | 15 |
| 2/7/2013 | Trfr to Creditor Account | 0428570 | Nelson & Kennard | $200.00 | $11,430.08 | $319.00 | $6,420.18 | | |

3/19/2013 6:40 PM  
Version: 3.00e

2011011249

Page 5 of 6



EXHIBIT H-2

Case 13-01030    Filed 07/09/13    Doc 17

| Trxn Date | Transaction Type | Check # | Comment | Amount | Judgment Balance | Cost Balance | Interest Balance | Interest This Period | Days of Interest |
|---|---|---|---|---|---|---|---|---|---|
| 2/7/2013 | Debtor Assessment Fee | 0428570 | Nelson & Kennard | $12.00 | $11,430.08 | $331.00 | $6,420.18 | | |
| 2/14/2013 | Wage Garnishment | 412220 | Paid by: Community Medical Centers FBO: Kumldeep Sidhu for 1 PP | ($100.00) | $11,430.08 | $331.00 | $6,363.87 | $43.69 | 14 |
| 2/26/2013 | Trfr to Creditor Account | 0429852 | Nelson & Kennard | $200.00 | $11,430.08 | $331.00 | $6,363.87 | | |
| 2/26/2013 | Debtor Assessment Fee | 0429852 | Nelson & Kennard | $12.00 | $11,430.08 | $343.00 | $6,363.87 | | |
| 3/4/2013 | Wage Garnishment | 413609 | Paid by: Community Medical Centers FBO: Kumldeep Sidhu for 1 PP | ($100.00) | $11,430.08 | $343.00 | $6,320.04 | $56.17 | 18 |
| 3/19/2013 | Accrued Interest | | | $.00 | $11,430.08 | $343.00 | $6,366.85 | $46.81 | 15 |

This file is currently accruing interest at the rate of $3.1204 per day.

Voided Transaction
Pending Transaction
Stale Dated
Held Payment

| | Judgment | Costs | Interest | Total |
|---|---|---|---|---|
| Original/ Accrued | $11,430.08 | $343.00 | $10,171.49 | $21,944.57 |
| Paid/Reduced | $.00 | $.00 | ($3,804.64) | ($3,804.64) |
| Balance | $11,430.08 | $343.00 | $6,366.85 | $18,139.93 |

| Transaction Type | Amount | Cnt |
|---|---|---|
| Debtor Assessment Fee | $288.00 | 24 |
| Defendant Refund | $921.39 | 2 |
| Fee For Issuance of Writ | $25.00 | 1 |
| Judgment | $11,430.08 | 1 |
| Pre-Writ Interest | $8,455.20 | 1 |
| Sheriff Cost Recovery | $30.00 | 1 |
| Trfr to Creditor Account | $3,604.64 | 24 |
| Wage Garnishment | ($4,726.03) | 34 |

3/19/2013 6:40 PM     2011011249     Page 6 of 6
Version: 3.00e



EXHIBIT H-3



**Fresno County Sheriff's Office**
**Margaret Mims**
**Sheriff**

Fresno County Sheriff-Civil Unit

2200 Fresno St.
P.O. Box 1788

Fresno, CA  93717

(559) 600-8230
Fax: (559) 488-3377

California Relay Service Number
(800) 735-2929 TDD or 711

**Civil Administration System**
Query Report

2011004533
**State of California EDD**
*vs*
**Kumideep Sidhu**

### Court Information

Sacramento Co. Superior Court-Sacramento
720 9th Street

Sacramento, CA  95814 0000

34-2009-90038581

### Requestor's Reference #
816988

File Created on: 05/19/2011 13:26 PM
File Queried on: 03/19/2013 06:42 PM

3/19/2013 6:42 PM
Version: 3.00



(c) 2008, Sirron Software Corporation

**EXHIBIT** F-1

| Trxn Date | Transaction Type | Check # | Comment | Amount | Judgment Balance | Cost Balance | Interest Balance | Interest This Period | Days of Interest |
|---|---|---|---|---|---|---|---|---|---|
| 11/6/2012 | Debtor Assessment Fee | 0423542 | Cashier-Benefit Recpvery, MIC 96 | $12.00 | $5,042.34 | $12.00 | | | |
| 11/8/2012 | Wage Garnishment | 404465 | Paid by: Community Medical Centers FBO: Kumldeep Sidhu for 1 PP | ($138.46) | $4,935.19 | | | $19.31 | 14 |
| 11/21/2012 | Wage Garnishment | 405803 | Paid by: Community Medical Centers FBO: Kumldeep Sidhu for 1 PP | ($138.46) | $4,814.28 | | | $17.55 | 13 |
| 12/6/2012 | Trfr to Creditor Account | 0424899 | Cashier-Benefit Recpvery, MIC 96 | $415.38 | $4,814.28 | | | | |
| 12/6/2012 | Debtor Assessment Fee | 0424899 | Cashier-Benefit Recpvery, MIC 96 | $12.00 | $4,814.28 | $12.00 | | | |
| 12/7/2012 | Wage Garnishment | 406998 | Paid by: Community Medical Centers FBO: Kumldeep Sidhu for 1 PP | ($138.46) | $4,708.89 | | | $21.07 | 16 |
| 12/20/2012 | Wage Garnishment | 407849 | Paid by: Community Medical Centers FBO: Kumldeep Sidhu for 1 PP | ($138.46) | $4,587.17 | | | $16.74 | 13 |
| 1/3/2013 | Wage Garnishment | 408720 | Paid by: Community Medical Centers FBO: Kumldeep Sidhu for 1 PP | ($138.46) | $4,466.27 | | | $17.56 | 14 |
| 1/16/2013 | Wage Garnishment | 409672 | Paid by: Community Medical Centers FBO: Kumldeep Sidhu | ($138.46) | $4,343.69 | | | $15.88 | 13 |
| 1/17/2013 | Trfr to Creditor Account | 0426849 | Cashier-Benefit Recpvery, MIC 96 | $276.92 | $4,343.69 | | | | |
| 1/17/2013 | Debtor Assessment Fee | 0426849 | Cashier-Benefit Recpvery, MIC 96 | $12.00 | $4,343.69 | $12.00 | | | |
| 1/31/2013 | Wage Garnishment | 410717 | Paid by: Community Medical Centers FBO: Kumldeep Sidhu for 1 PP | ($138.46) | $4,235.05 | | | $17.82 | 15 |
| 2/7/2013 | Trfr to Creditor Account | 0428014 | Cashier-Benefit Recpvery, MIC 96 | $276.92 | $4,235.05 | | | | |
| 2/7/2013 | Debtor Assessment Fee | 0428014 | Cashier-Benefit Recpvery, MIC 96 | $12.00 | $4,235.05 | $12.00 | | | |
| 2/14/2013 | Wage Garnishment | 412220 | Paid by: Community Medical Centers FBO: Kumldeep Sidhu for 1 PP | ($138.46) | $4,124.61 | | | $16.22 | 14 |
| 3/4/2013 | Wage Garnishment | 413609 | Paid by: Community Medical Centers FBO: Kumldeep Sidhu for 1 PP | ($138.46) | $4,006.66 | | | $20.31 | 18 |
| 3/5/2013 | Trfr to Creditor Account | 0430037 | Cashier-Benefit Recpvery, MIC 96 | $276.92 | $4,006.66 | | | | |

3/19/2013 6:42 PM                              2011004533

Version: 3.00e                                                      Page 8 of 9



EXHIBIT I-2